# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| MICHAEL DOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | 2:16-cv-00215-JDL |
| FALMOUTH TOWN COUNCIL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 8) with the court on June 13, 2016, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).  The time within which to file objections expired on June 30, 2016, and no objections have been filed.  The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and Michael Doyle's action is **DISMISSED** without service on the Defendants.

SO ORDERED.

Dated this 14th day of July 2016.

/s/ Jon D. Levy
U.S. DISTRICT JUDGE